# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO THE | : | No. 130 |
| | : | |
| PENNSYLVANIA INTEREST ON | : | DISCIPLINARY RULES DOCKET |
| | : | |
| LAWYERS TRUST ACCOUNT | : | |
| | : | |
| BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 25th day of November, 2014, Forest N. Myers, Esquire, Franklin County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term expiring September 1, 2017.